UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 EMILIO HABER et al.

        Defendant(s).
_____/

Case:2:09-cr-20579
Judge: Duggan, Patrick J
MJ: Komives, Paul J
Filed: 12-03-2009 At 03:42 PM
USA VS SEALED MATTER

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrant in this case be sealed for the following reasons:

1. That the United States is apprehensive that the defendants may flee the jurisdiction upon becoming aware that an indictment has been returned.

2. That the United States is apprehensive that there is danger of harm to potential government witnesses if the defendants become aware of the indictment prior to arrest.

Respectfully submitted,

TERRENCE BERG
United States Attorney

_____
GEJAA T. GOBENA
Trial Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-0831

DATED: December 3, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 EMILIO HABER et al.,

        Defendant(s).
_____/

Case:2:09-cr-20579
Judge: Duggan, Patrick J
MJ: Komives, Paul J
Filed: 12-03-2009 At 03:42 PM
USA VS SEALED MATTER

## ORDER TO SEAL

The Government having moved to seal indictment filed December 3, 2009, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

*[signature]*
for HONORABLE R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED: 12/3/09